*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MIRIAM WILLIAMS-IVORY,

    Plaintiff,

v.   CASE NO. 4:06cv484-RH/WCS

MORRIS YOUNG, et al.,

    Defendants.

_____/

## NOTICE OF INTENT TO ACCELERATE
## DISCOVERY DEADLINE AND TRIAL DATE

Plaintiff has not filed a notice as required by paragraph 1 of the Scheduling and Mediation Order filed December 15, 2006 (document 9). Unless plaintiff files a notice by February 2, 2007, the discovery deadline will be advanced to March 23, 2007, and the trial will be rescheduled for the two-week trial period commencing Monday, May 21, 2007.

SO ORDERED this 28th day of January, 2007.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge