UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MIRIAM WILLIAMS-IVORY,**

    **Plaintiff,**

v.                                            CASE NO. 4:06-CV-484-RH-WCS

**MORRIS YOUNG, in his official
capacity as Sheriff of the GADSDEN
COUNTY SHERIFF'S OFFICE,**

    **Defendant.**
_____/

## NOTICE OF FILING

COMES NOW the Defendant, MORRIS YOUNG, in his official capacity as Sheriff of Gadsden County, and files the following documents in the above-captioned matter:

1. Excerpts from the Deposition of Plaintiff Miriam Ivory-Williams and Exhibits;

2. Affidavit of Morris Young and Exhibits;

3. Affidavit of Mike Phillips and Exhibit;

4. Affidavit of Cecil Morris and Exhibits;

5. Affidavit of Ed Spooner and Exhibit;

6. Affidavit of Ted Sadler;

7. Affidavit of Whitney Sampson.

Respectfully submitted on this 29th day of May, 2007.

                                               /s/ R. W. Evans
                                               **R. W. EVANS**
                                               Florida Bar No. 0198862
                                               **ALLEN, NORTON & BLUE, P.A.**
                                               906 North Monroe Street

Tallahassee, Florida 32303
Tel: (850) 561-3503
Fax: (850) 561-0332
www.revans@anblaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 29th, 2007, I electronically filed this document by using the CM/ECF system, which will send a notice of electronic filing to H. Richard Bisbee, Esquire, H. Richard Bisbee, P.A., 1882 Capital Circle N.E. #206, Tallahassee, Florida 32308.

/s/ R. W. Evans
**R. W. EVANS**

43889_1